**Order entered June 26, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00898-CR

### MICHAEL EDWARD HARSSEMA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-80837-2018**

## ORDER

Before the Court are the State's June 24, 2019 second motion for extension of time to file its tendered brief and motion to exceed the word count by 183 words. We **GRANT** the motions and **ORDER** the State's brief filed as of the date of this order.

/s/      LANA MYERS
          JUSTICE